**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50196 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00260-R |
| v. | |
| JOHN J. ROMERO, a.k.a. John Romero, Jr., | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Manuel L. Real, District Judge, Presiding

Submitted March 10, 2015**

Before:    FARRIS, WARDLAW, and PAEZ, Circuit Judges.

John J. Romero appeals pro se from the district court's order denying his

motion for a determination that 29 U.S.C. § 504(a) is inapplicable to him.  We

have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Romero contends that he is not subject to section 504(a)'s 13-year restriction on serving as a officer for a labor organization because the statute is penal, rather than remedial. Romero does not explain why this distinction is important, and, in any event, he is incorrect. *See De Veau v. Braisted*, 363 U.S. 144, 159-60 (1960).

Romero also asserts numerous challenges to the sentence imposed for his underlying conviction for making false statements to the United States Department of Labor, in violation of 18 U.S.C. § 1001(a)(2). These arguments are not properly raised in this appeal, and are moot in view of Romero's completion of his sentence and supervised release term. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

**AFFIRMED.**